## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT MARTINSBURG

**RICHARD A. JOHNSON,**

      **Plaintiff,**

**v.**                                        **CIVIL ACTION NO: 3:21-cv-00033-GMG**
                                                 **(Honorable Gina Groh, Judge)**

**ARL TRANSPORT, LLC d//b/a ARL, a Delaware**
**Limited Liability Company licensed to do business**
**In the State of West Virginia; and, CARLTON**
**ANTHONY THOMAS, an Individual,**

      **Defendants.**

### FINAL DISMISSAL ORDER

COMES NOW the Plaintiff, Richard A. Johnson, by his counsel, together with the Defendants, ARL Transport, LLC and Carlton Anthony Thomas, by their counsel, and hereby announce to the Court that the above-styled action has been compromised, settled and agreed. Whereupon motion was made that the Court dismiss such civil action pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice to all parties.  It is stipulated and agreed that said parties shall bear their own costs and attorney fees incurred in conjunction with the prosecution of this action.

The Court hearing no objection to the dismissal of said action, is of the opinion to and does hereby **ORDER** said civil action be dismissed **WITH PREJUDICE** to all parties.  The Court does further **ORDER** that the above-styled action be stricken from the docket of this Court.

The Clerk of the Court is directed for forward certified copies of this Order to counsel of record as follows:

4854-4934-8132.1

Troy N. Giatras, Esq.
The Giatras Law Firm, PLLC
118 Capitol Street, Suite 400
Charleston, WV  25301
*Counsel for Plaintiff*

Matthew A. Nelson, Esq.
Tonya P. Shuler, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
707 Virginia Street East, Suite 1400
Charleston, WV 25301
*Counsel for Defendants*

ENTERED this <u>24th</u> day of <u>June</u>, 2022.

_____

**Honorable Gina Groh, Judge**

Presented jointly by:

*/s/ Troy N. Giatras*
Troy N. Giatras, Esq. (WVSB #5602)
The Giatras Law Firm, PLLC
118 Capitol Street, Suite 400
Charleston, WV  25301
Phone (304) 343-2900
troy@thewvlawfirm.com
*Counsel for Plaintiff*

*/s/ Tonya P. Shuler*
Matthew Nelson, Esq. (WVSB #9421)
Tonya Shuler, Esq. (WVSB #9699)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
707 Virginia Street East, Suite 1400
Charleston, WV 25301
Phone: (304) 553-0166
Fax: (304) 932-0265
*Counsel for Defendants*

4854-4934-8132.1